**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 5794 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | Magistrate Judge Rowland |
| METRO MARKETING, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Dr. William P. Gress and defendant Metro Marketing, Inc. have reached a settlement. Plaintiff anticipates filing a notice of dismissal within the next 14 days.

                                                                 Respectfully submitted,

                                                                 s/ Heather Kolbus
                                                                 Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on November 17, 2014, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

 Jeffrey Greenbaum
 Gregory E. Reid
 Sills Cummis & Gross PC
 One Riverfront Plaza
 Newark, NJ 07102

                 s/ Heather Kolbus
                 Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)