IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 14 C 5794 |
| v. | ) ) ) | Judge Gottschall Magistrate Judge Rowland |
| METRO MARKETING, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. William P. Gress voluntarily dismisses his individual claims with prejudice and without costs against defendant Metro Marketing, Inc. Plaintiff Dr. William P. Gress voluntarily dismisses his class claims against defendant Metro Marketing, Inc. without prejudice and without costs. Plaintiff Dr. William P. Gress voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on November 24, 2014, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

Jeffrey Greenbaum
Gregory E. Reid
Sills Cummis & Gross PC
One Riverfront Plaza
Newark, NJ 07102

                                                     s/ Heather Kolbus
                                                     Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)