UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

William P. Gress
　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:14−cv−05794
　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Metro Marketing, Inc., et al.
　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 24, 2014:

　　　MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the plaintiff's Notice of Voluntary Dismissal [19], all claims against defendant Metro Marketing, Inc. and John Does 1–10 are herby dismissed without prejudice and without costs. Status hearing set for 12/4/2014 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.